IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN ANTONIO OLVERA FLORES,

     Petitioner,

v.                                                 1:26-cv-00636-KG-GJF

MARY DE ANDA-YBARRA, et al.,

     Respondents.

## ORDER TO SHOW CAUSE

Petitioner Juan Antonio Olvera Flores filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on March 3, 2026.  Doc. 1.  On April 1, 2026, the Court granted Petitioner's habeas petition and ordered the Government to provide Petitioner with a bond hearing within seven (7) days and to file a status report within ten (10) days confirming compliance.  *See* Doc. 8.  The deadline for filing the status report has now passed, and the Government has not filed a status report demonstrating compliance.

Accordingly, the Government is hereby ordered to show cause, within three (3) days of the entry of this Order, why it has failed to comply with the Court's prior Order.  The Government shall also, within that same time, file the required status report confirming whether it has complied with the Court's directives, including whether a bond hearing has been conducted and the outcome of that hearing.  The Clerk shall send a courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following email address: USANM.Civil.Immigration@usdoj.gov.

                          /s/Kenneth J. Gonzales
                          CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.